UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. _07CR3096-BEN_ <br> _07mj8884_ <br> ORDER |
| vs. | ) ) | RELEASING MATERIAL WITNESS |
| Kevin Emmanuel Alvarado-Martinez | ) ) ) | Booking No. 879 413 |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Alfonso Garcia-Aguilera
C 10501768-218

DATED:  11/13/07

RECEIVED _____
DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk