UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>Kevin Emmanuel Alvarado-Martinez )<br>)<br>    Defendant(s) )<br>_____ ) | CRIMINAL NO. 07CR3096-BEN<br>                  07mj8884<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Eduardo Costio-Avila
87949 4 1CJ
01706298

DATED: 11/13/07

RECEIVED _____
              DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
         Deputy Clerk